**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **VIOLATIONS:** |
| **BROCK ALLAN MADSON,** | : | **21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) (Unlawful Possession with the Intent to Distribute Five Grams or More of Methamphetamine (Actual))** |
| **Defendant.** | : | **FORFEITURE 21 U.S.C. § 853(a), (p)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about April 29, 2026, within the District of Columbia, **BROCK ALLAN MADSON**, did unlawfully, knowingly, and intentionally possess with intent to distribute five grams or more of methamphetamine (actual), a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Five Grams or More of Methamphetamine (Actual)**, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii))

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Count of this Information, the defendant shall forfeit to the United States, pursuant to Title 21 United States Code, Section 853(a), any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of these offenses.

## MONEY JUDGMENT

The United States will also seek a forfeiture money judgment against the defendant equal

to the value of any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses.

**SUBSTITUTE ASSETS**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(a) and (p))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *[/s/ Matthew W. Kinskey]*___________
Matthew W. Kinskey
George P. Eliopoulos
Solomon S. Eppel
Assistant United States Attorneys